**No. 47279.**—Protest 801193–G of Sebastian Bienfang (New York).

Opinion by KINCHELOE, J. It was stipulated that the drawing paper in question is not embossed, decorated, ruled, bordered, printed, or lined, that it weighs over eight pounds per ream, and that it is similar in all material respects to that the subject of Abstract 46517. It was therefore held dutiable at 3 cents per pound and 15 percent ad valorem under paragraph 1407 (a) as claimed.

**No. 47280.**—Protests 849759–G, etc., of G. Albrecht Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47281.**—Protests 813409–G, etc., of Nathan Glantz et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47282.**—Protests 68759–K, etc., of Bata Shoe Co., Inc., et al. (Baltimore, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47283.**—Protests 781405–G, etc., of Ralph C. Allen et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.